**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       In re City of Houston

Appellate case number:    01-19-00805-CV

Trial court case number:  2019-09276

Trial court:                      164th District Court of Harris County

Relator, the City of Houston, has filed a petition for writ of mandamus requesting that our Court (1) compel the trial court to withdraw its October 10, 2019 order modifying a judgment issued on June 3, 2019; and (2) compel the district court clerk to include the original June 3, 2019 judgment in its electronic records for the underlying case and revise its notations of "Judgment and Events" in the case to indicate that a final judgment was issued on June 3, 2019. In conjunction with the petition, the City has filed a motion requesting a temporary stay of the underlying proceedings pending our decision on the mandamus petition.

We **grant** the motion for temporary relief and stay the underlying proceedings. The Court requests that real party in interest file a response to the petition for writ of mandamus by **November 15, 2019.**

It is so ORDERED.

Judge's signature: ____/s/ Gordon Goodman_____
                                         Acting individually

Date: ____October 24, 2019____